IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BRYAN, TIM HANCOCK, JEFF MORALES, IGNACIO TORRES, and CREG QUIROZ, | No. C 01-01730 WHA |
| Plaintiffs, | Consolidated with: No. C 02-02601 |
| v. | **ORDER RE SPECIAL MASTER'S REPORT** |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. / | |
| AND CONSOLIDATED ACTION. / | |

The Court has received the special master William A. Quinby's report regarding attorney's fees, appended hereto. The Court is inclined to adopt the special master's report. Under Rule 53(g)(2), parties may file objections or motions to adopt or modify the report no later than **20 DAYS** from the date of this order. If parties have no objections to the report, they should reduce the report to the form of a proposed order.

**IT IS SO ORDERED.**

Dated: July 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE